United States Bankruptcy Court

Northern District of Alabama

In re:                                                    Case No. 22-80267-CRJ

Brent Robeson                                             Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##        Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brent Robeson, 10719 Al Hwy 101, Town Creek, AL 35672-4623 |
| 10820940 | | 21st Mortgage, 620 Market St., One Cntr Square, Knoxville, TN 37902 |
| 10820942 | + | Hiten Patel, 2623 West Oxford Loop, Oxford, MS 38655-5442 |
| 10828989 | + | Integrated Behavioral Health, 1800 S Beverly Ave., Muscle Shoals, AL 35661-3255 |
| 10820936 | + | Jefferson Capital Systems, c/o Jacob Law Group, P.O. Box 948, Oxford, MS 38655-0948 |
| 10828986 | + | Northwest Emergency Physician Group, P.O. Box 3495, Toledo, OH 43607-0495 |
| 10828987 | + | Surgical Associates of the Shoals, PC, 1120 S Jackson Hwy, Suite 105, Sheffield, AL 35660-5770 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 10820931 | | Email/Text: ebn@21stmortgage.com | Mar 04 2022 23:31:00 | 21st Mortgage Corp, Attn: Legal, PO Box 477, Knoxville, TN 37901 |
| 10820933 | + | Email/Text: convergent@ebn.phinsolutions.com | Mar 04 2022 23:31:00 | Convergent Outsourcing, Inc, 800 SW 39th St., P.O Box 9004, Renton, WA 98057-9004 |
| 10820941 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Mar 04 2022 23:33:05 | Exeter Finance Corp, P.O. Box 166008, Irving, TX 75016-6008 |
| 10820932 | | Email/Text: corporatecredit@farmersfurniture.com | Mar 04 2022 23:31:00 | Farmers Furniture, P.O. Box 1140, Dublin, GA 31040 |
| 10820935 | + | Email/Text: bankruptcyemails@hollowaycredit.com | Mar 04 2022 23:30:00 | Holloway Credit Solutions LLC, 1286 Carmichael Way, Montgomery, AL 36106-3645 |
| 10820937 | | Email/Text: bankruptcy@republicfinance.com | Mar 04 2022 23:32:00 | Republic Finance, 1140 Roma Ave., Hammond, LA 70403 |
| 10820943 | | Email/Text: bankruptcy@republicfinance.com | Mar 04 2022 23:32:00 | Republic Finance, 1241 Point Mallard Pkwy, Suite 106, Decatur, AL 35601 |
| 10822823 | | Email/Text: bankruptcy@republicfinance.com | Mar 04 2022 23:32:00 | Republic Finance LLC, 282 Tower Rd,, Ponchatoula, LA 70454 |
| 10820938 | + | Email/Text: info@scacollections.com | Mar 04 2022 23:31:00 | SCA Collections, 300 East Arlington Blvd, Greenville, NC 27858-5043 |
| 10820939 | | Email/Text: WENDY@SRA-INC.NET | Mar 04 2022 23:30:00 | Smith Rouchon & Assoc, 1110 Bradshaw Dr, Florence, AL 35630 |
| 10828988 | + | Email/Text: rdenson2@r1rcm.com | Mar 04 2022 23:31:00 | Shoals Hospital, 201 West Avalon Ave, Muscle Shoals, AL 35661-2805 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|----------|---------------|------------------|
| 10820934 | ##+ | Credit Bureau Systems, Inc, 1947 Madison St., Clarksville, TN 37043-8033 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 06, 2022        Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2022 at the address(es) listed below:

| Name | Email Address |
|------|---------------|
| John C. Larsen | on behalf of Debtor Brent Robeson john@jlarsenlaw.com lori@jlarsenlaw.com;larsenjr86417@notify.bestcase.com |
| Michele T. Hatcher | ecf@ch13decatur.com treata.shelton@ch13decatur.com;tina.worley@ch13decatur.com |

TOTAL: 2

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

**In re:**
Brent Robeson
**SSN:** xxx−xx−6442

**Case No.** 22−80267−CRJ13
**Chapter** 13

**Debtor(s)**

## NOTICE OF CONFIRMATION HEARING

Notice is hereby given that a confirmation hearing will be held:

**Date: Monday, May 2, 2022**            **Time: 01:30 PM**

**Location: Federal Building, Cain St Entrance, 3rd Floor Courtroom, Decatur, AL 35601**

Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non−evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

Dated:  March 4, 2022

By:

Joseph E. Bulgarella, Clerk
United States Bankruptcy Court

dwh

United States Bankruptcy Court

Northern District of Alabama

In re:                                                                    Case No. 22-80267-CRJ

Brent Robeson                                                            Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 1126-8                          User: admin                                Page 1 of 2

Date Rcvd: Mar 07, 2022                      Form ID: van025                      Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brent Robeson, 10719 Al Hwy 101, Town Creek, AL 35672-4623 |
| 10820940 | | 21st Mortgage, 620 Market St., One Cntr Square, Knoxville, TN 37902 |
| 10820942 | + | Hiten Patel, 2623 West Oxford Loop, Oxford, MS 38655-5442 |
| 10828989 | + | Integrated Behavioral Health, 1800 S Beverly Ave., Muscle Shoals, AL 35661-3255 |
| 10820936 | + | Jefferson Capital Systems, c/o Jacob Law Group, P.O. Box 948, Oxford, MS 38655-0948 |
| 10828986 | + | Northwest Emergency Physician Group, P.O. Box 3495, Toledo, OH 43607-0495 |
| 10828987 | + | Surgical Associates of the Shoals, PC, 1120 S Jackson Hwy, Suite 105, Sheffield, AL 35660-5770 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 10820931 | | Email/Text: ebn@21stmortgage.com | Mar 07 2022 23:20:00 | 21st Mortgage Corp, Attn: Legal, PO Box 477, Knoxville, TN 37901 |
| 10820933 | + | Email/Text: convergent@ebn.phinsolutions.com | Mar 07 2022 23:20:00 | Convergent Outsourcing, Inc, 800 SW 39th St., P.O Box 9004, Renton, WA 98057-9004 |
| 10820941 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Mar 07 2022 23:27:25 | Exeter Finance Corp, P.O. Box 166008, Irving, TX 75016-6008 |
| 10820932 | | Email/Text: corporatecredit@farmersfurniture.com | Mar 07 2022 23:20:00 | Farmers Furniture, P.O. Box 1140, Dublin, GA 31040 |
| 10820935 | + | Email/Text: bankruptcyemails@hollowaycredit.com | Mar 07 2022 23:19:00 | Holloway Credit Solutions LLC, 1286 Carmichael Way, Montgomery, AL 36106-3645 |
| 10820937 | | Email/Text: bankruptcy@republicfinance.com | Mar 07 2022 23:20:00 | Republic Finance, 1140 Roma Ave., Hammond, LA 70403 |
| 10820943 | | Email/Text: bankruptcy@republicfinance.com | Mar 07 2022 23:20:00 | Republic Finance, 1241 Point Mallard Pkwy, Suite 106, Decatur, AL 35601 |
| 10822823 | | Email/Text: bankruptcy@republicfinance.com | Mar 07 2022 23:20:00 | Republic Finance LLC, 282 Tower Rd,, Ponchatoula, LA 70454 |
| 10820938 | + | Email/Text: info@scacollections.com | Mar 07 2022 23:20:00 | SCA Collections, 300 East Arlington Blvd, Greenville, NC 27858-5043 |
| 10820939 | | Email/Text: WENDY@SRA-INC.NET | Mar 07 2022 23:19:00 | Smith Rouchon & Assoc, 1110 Bradshaw Dr, Florence, AL 35630 |
| 10828988 | + | Email/Text: rdenson2@r1rcm.com | Mar 07 2022 23:20:00 | Shoals Hospital, 201 West Avalon Ave, Muscle Shoals, AL 35661-2805 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 10820934 | ##+ | Credit Bureau Systems, Inc, 1947 Madison St., Clarksville, TN 37043-8033 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 09, 2022                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John C. Larsen | on behalf of Debtor Brent Robeson john@jlarsenlaw.com  lori@jlarsenlaw.com;larsenjr86417@notify.bestcase.com |
| Michele T. Hatcher | ecf@ch13decatur.com  treata.shelton@ch13decatur.com;tina.worley@ch13decatur.com |

TOTAL: 2

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

**In re:**
Brent Robeson
**SSN:** xxx−xx−6442

**Case No.** 22−80267−CRJ13
**Chapter** 13

**Debtor(s)**

## AMENDED
## NOTICE OF CONFIRMATION HEARING

Notice is hereby given that a confirmation hearing will be held:

**Date: Monday, May 2, 2022**          **Time: 01:30 PM**

**Location: Federal Building, Cain St Entrance, 3rd Floor Courtroom, Decatur, AL 35601**

**THE CONFIRMATION HEARING WILL TAKE PLACE IN PERSON. However, if you are unable to appear in person, you may appear telephonically. The dial−in number is 18773361280. When prompted, enter the access code 2749965#. There is no security code. Parties should call in five minutes prior to the start of the hearing. Once connected, please mute your phone until your case is called. After your hearing is completed, please hang up to end your call. To avoid disruption, participants are expected to call from a quiet location and are not permitted to use a "speaker" function or to place the call on hold (as this may cause music or other noises to play during the hearings of other participants). Participants are encouraged to call from a landline if possible.**

Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non−evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

Dated: March 7, 2022                    By:

Joseph E. Bulgarella, Clerk
United States Bankruptcy Court

mmb