**Integrated Behavioral Health**
600 SUN TEMPLE DR
MADISON, AL 35758-8643
Forward Service Requested



| | Please complete payment information. | | 97 107002 |
|---|---|---|---|
| Account No. | Statement Date | | Payment Due |
| 96806 | 2022-04-28 | | 126.35 |
| Mall Pay by Check | Payable To: INTEGRATED BEHAVIORAL HEALTH | Enter Payment Amount $ | Check No. |

**For Billing Inquiries Call: 256-426-9438**
**Patient: Brent Robeson**

054304

TRI90Z 2893804 166096666
**Brent Robeson**
10719 AL HIGHWAY 101
TOWN CREEK AL 35672-4623

**INTEGRATED BEHAVIORAL HEALTH**
600 SUN TEMPLE DR
MADISON, AL 35758-8643

☐ Check if your billing information has changed.
Provide update(s) above or on the reverse side.

Please detach and return top portion with payment.

## Statement Detail — Statement Date 2022-04-28 — Account No. 96806

| Claim No. | Visit Date | Activity Date | Description of Service | Charges | Payments | Balance |
|---|---|---|---|---|---|---|
| 635241 | 2021-04-13 | 2021-04-13 | Claim:635241, Provider: ELIZABETH A SHOEMAKER, LCSW | | | |
| 635241 | 2021-04-13 | 2021-04-13 | Facility: IBH of Muscle Shoals | | | |
| 635241 | 2021-04-13 | 2021-04-13 | 90837 PSYCHOTHERAPY WITH PATIENT 60 MIN | 150.01 | | |
| 635241 | 2021-01-26 | 2021-01-26 | Patient Payment | | 8.65 | |
| 635241 | 2021-03-09 | 2021-03-09 | Patient Payment | | 0.00 | |
| 635241 | 2021-04-26 | 2021-04-26 | HUMANA Payment | | 60.67 | |
| 635241 | 2021-04-26 | 2021-04-26 | HUMANA Adjustment | | 54.34 | |
| 635241 | 2022-04-28 | 2021-04-26 | Your Balance Due On These Services ... | | | 26.35 |
| 646536 | 2021-05-06 | 2021-05-06 | Claim:646536, Provider: DEBORAH TYSON, CRNP | | | |
| 646536 | 2021-05-06 | 2021-05-06 | Facility: IBH of Muscle Shoals | | | |
| 646536 | 2021-05-06 | 2021-05-06 | NOSHO No Sho | 50.00 | | |
| 646536 | 2022-04-28 | 2021-05-06 | Your Balance Due On These Services ... | | | 50.00 |
| 648778 | 2021-05-11 | 2021-05-11 | Claim:648778, Provider: ELIZABETH A SHOEMAKER, LCSW | | | |
| 648778 | 2021-05-11 | 2021-05-11 | Facility: IBH of Muscle Shoals | | | |
| 648778 | 2021-05-11 | 2021-05-11 | NOSHO No Sho | 50.00 | | |
| 648778 | 2022-04-28 | 2021-05-11 | Your Balance Due On These Services ... | | | 50.00 |

| Aging | Current | 31 - 60 | 61 - 90 | 91 - 120 | 120+ | Payment Due |
|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 | 126.35 | 126.35 |

FOR CHANGE OF ADDRESS, MISSPELLINGS OR OTHER ERRORS, PLEASE PRINT CORRECTIONS.

| Patient's Name | | | Phone # ( ) |
| --- | --- | --- | --- |
| Patient's Address | City | State | Zip Code |

**IF YOU HAVE NOT SUPPLIED INSURANCE INFORMATION, PLEASE DO SO HERE:**

| PRIMARY INSURANCE COVERAGE | Patient's Relationship to Insured ☐ SELF ☐ SPOUSE ☐ CHILD ☐ OTHER | SECONDARY INSURANCE COVERAGE | Patient's Relationship to Insured ☐ SELF ☐ SPOUSE ☐ CHILD ☐ OTHER |
| --- | --- | --- | --- |
| Insurance Company Name | Phone # ( ) | Insurance Company Name | Phone # ( ) |
| Insurance Company Address | | Insurance Company Address | |
| Policy Holders Name | Birthdate / / | Policy Holders Name | Birthdate / / |
| Policy & Group # | Policy Effective Date / / | Policy & Group # | Policy Effective Date / / |
| Employer's Name | Phone # ( ) | Employer's Name | Phone # ( ) |
| Employer's Address | | Employer's Address | |